[No. 28904-4-III.   Division Three.   March 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL M. TOSCANO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 09-1-00572-1, Evan E. Sperline, J., entered March 1, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 29493-5-III.   Division Three.   March 3, 2011.]

JANE YURTIS, *Appellant*, v. JANET WALKER, *as Pend Oreille County Assessor, Respondent*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 07-2-00029-8, Rebecca M. Baker, J., entered January 7, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[No. 58998-9-I.   Division One.   March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN EDWARD WIGHTMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-01957-6, Charles R. Snyder, J., entered October 9, 2006. *Reversed* and *remanded* by unpublished opinion per Dwyer, C.J., concurred in by Cox and Leach, JJ.

[No. 60937-8-I.   Division One.   March 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ARLEN LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-1-00396-6, Dave Needy, J., entered November 19, 2007. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Schindler, J.